AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**ERIE INSURANCE PROPERTY &**
**CASUALTY COMPANY, INC.,**

             **Plaintiff,**

                                    **JUDGMENT IN A CIVIL CASE**

**v.**

**TANIA CRAWFORD,**                 **CASE NO.  2:12-cv-1080**
                                    **JUDGE EDMUND A. SARGUS, JR.**
             **Defendant.**         **MAGISTRATE JUDGE MARK R. ABEL**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have
        been tried and the jury has rendered its verdict.

X       **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the Opinion and Order filed February 25, 2014,  JUDGMENT is hereby**
**entered DISMISSING this case.**

Date:  February 25, 2014              JOHN P. HEHMAN, CLERK


                                     */S/ Andy F. Quisumbing*_____
                                     (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk